1020

THE STATE OF WASHINGTON, *Respondent*, v. MARK EVERETT MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01539-9, James J. Stonier, J., entered July 13, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. FRED CHARLES MYERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05714-2, Stephanie A. Arend, J., entered August 12, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00646-5, Kathleen M. O'Connor, J., entered May 31, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. MEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 04-1-00022-0, Allen Nielson, J., entered August 20, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.